PATRICK J. MEE, Individually and as Executor, etc., of CATHERINE C. DEVINE, Also Known as CATHERINE DEVINE, Deceased, Respondent, v. ADEL HALL, Appellant.— Motion to enlarge time denied as the appeal is incomplete by reason of omission to serve all necessary parties.   Appellant's relief, if any, in connection with the bringing on of the appeal, is under section 107 of the Civil Practice Act. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

ARTHUR R. MERRIAM, Respondent, v. DAVID J. LUDDY, Appellant.— Motion for stay denied.   Present — Lazansky, P. J., Hagarty, Carswell, Scudder and and Davis, JJ.

JOSEPH MITCHELL, Appellant, v. REUBEN SCHATZ and EDWARD FRIEDMAN, INC., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JEROME·MONKS and Others, Respondents, v. TOWN OF EAST HAMPTON and Another, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

ANNA MURMANN, Administratrix, etc., of GEORGE J. MURMANN, Deceased, Appellant, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals granted.   The question to be certified is: Was the defendant, under the law and practice of this State, entitled to have the Special Term grant its motion to strike out interest on the verdict?   Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

ANN ODES and Another, Appellants, v. TROIA REALTY Co., INC., Respondent, and Another, Defendant.— Motion to add appeal to the December term calendar denied.   Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS KAUFMANN, alias JULIAN KAUFMANN, Appellant.— Motion to enlarge time granted; appellant to perfect the appeal for the February, 1932, term, for which term the case is ordered on the calendar.   Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.